UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00099-FDW

HOPE TAYLOR,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

    Defendant.

ORDER

THIS MATTER is before the Court on Defendant's Motion to Remand to the Social Security Administration. (Doc. No. 19). The Commissioner wishes to conduct further fact finding and other administrative proceedings.

The Court finds goof cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings, including a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Additionally, Plaintiff's pending Motion for Summary Judgement (Doc. No. 16) and Motion for Extension of Time (Doc. No. 14) are DENIED AS MOOT.

The Clerk of Court is respectfully DIRECTED to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: June 30, 2021

Frank D. Whitney
United States District Judge