UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:20-cv-00099-FDW

| | |
|---|---|
| Hope Taylor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Commissioner of Social Security , ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. No. 22), which is consented to by Defendant. For the reasons stated in the motion, and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,500.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d). Additionally, Plaintiff shall be paid $400.00 in costs from the Judgment Fund by the U.S. Department of the Treasury pursuant to 28 U.S.C. § 2412(a)(1).

IT IS THEREFORE ORDERED that the Motion (Doc. No. 22) is GRANTED. The Judgment Fund by the U.S. Department of Treasury shall pay to Plaintiff's counsel $400.00 in costs and that the Commissioner of Social Security pay to Plaintiff the sum of $4,500.00, and upon the payment of such sums this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of

1

attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

IT IS SO ORDERED.

Signed: November 16, 2021

Frank D. Whitney
United States District Judge